IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

–

| | | |
|---|---|---|
| United States of America, | : | |
|     Appellee, | : | |
| | : | |
|     v. | : | No. 23-1276 |
| | : | |
| Jared Stottlar | : | |
|     Defendant - Appellant. | : | |
| | : | |

_____

## MOTION TO WITHDRAW AS COUNSEL

Ralph A. Jacobs, Esq., the undersigned counsel for Appellant Jared Stottlar, hereby moves to be allowed to withdraw as counsel in this matter in light of counsel's retirement from the practice of law. In support of this motion Movant states as follows:

    1. This is an appeal from a sentence in a criminal case in which Appellant pled guilty and was sentenced to a term of twelve years imprisonment.

    2. On June 15, 2023, the Movant, Ralph A. Jacobs, Esq., a member of this Court's CJA panel, was appointed to represent Appellant pursuant to the Criminal Justice Act.

3. On October 27, 2023, Appellant filed a motion to remand the case to the district court pursuant to Fed. R. App. P. 12.1 in order for the district court to consider Appellant's motion for compassionate release. The motion to remand was granted on November 15, 2023.

4. On remand, Appellant was represented in the district court by other CJA counsel appointed by the district court. After over a year during which the district court held an evidentiary hearing and extensive briefing was submitted, the district court denied the motion for compassionate relief on February 3, 2025, and the appeal is now active again before this Court.

5. In the interim, Movant had made the decision to retire completely from the practice of law for personal and professional reasons and is in the process of winding up his practice.

6. Counsel has informed Appellant of his retirement and his intention to seek leave to withdraw as counsel. Appellant has not objected to counsel's withdrawal. Counsel is serving Appellant with a copy of this motion.

7. For these reasons, undersigned counsel requests that he be permitted to withdraw as counsel for Appellant and that new CJA counsel be appointed to represent Appellant in this matter.

Respectfully submitted,

/s   Ralph A. Jacobs

_____

Ralph A. Jacobs, Esquire
PO Box 388
Wiscasset, ME 04578
215-570-9646
rjacobs@rjesq.com

Counsel for Appellant,
Jared Stottlar

Dated:  February 14, 2025